MICHAEL L. BECKER, ESQ.
Nevada Bar No. 8765
MICHAEL V. CASTILLO, ESQ.
Nevada Bar No.11531
LAS VEGAS DEFENSE GROUP L.L.C
2970 W Sahara Avenue
Las Vegas, NV 89102
Ph: (702) 333-3673
Fax: (702) 974-0524
Attorneys for Defendant

```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         MAY 17 2022

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>          Plaintiff,                 )<br>     v.                             )<br>                                    )<br> AMY BOWER,                         )<br>                                    )<br>          Defendant.                )<br>                                    ) | Case No.: 2:21MJ-00682-ejy<br><br>**STIPULATION TO CLOSE CASE** |

IT IS HEREBY STIPULATED AND AGREEED, by and between M. Frierson, Acting United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America and Michael Becker, Esq. and Michael V. Castillo, Esq. of the law firm Las Vegas Defense Group, LLC, counsel for AMY BOWER, that the Status Check set for May 18, 2022, be vacated and the case be closed out.

The Stipulation is entered into for the following reasons:

1. Ms. Bower has completed all requirements (*See* Exhibit A)

DATED this 16th day of May, 2022

AGREED TO AND STIPULATED:

/s/ Mina Chang
MINA CHANG
Assistant United States Attorney

/s/ Michael Castillo
MICHAEL CASTILLO
Counsel for Defendant, Amy Bower

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>AMY BOWER;<br><br>  Defendant. | Case No.: 2:21MJ-00682-ejy<br><br>**ORDER TO CLOSE CASE** |

## FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That Ms. Bower has completed all of her requirements.

## ORDER

Based on the stipulation of Counsel for all parties and good cause appearing:

**IT IS THEREFORE ORDERED** that the Status Check scheduled for May 18, 2022, be vacated and the case be successfully closed out.

_____
MAGISTRATE JUDGE ELAYNA J. YOUCHAH

Dated: May 18, 2022